UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:                                )       CASE NO.: 11-bk-00141
                                      )       CHAPTER: 13
BARBARA M. MOBLEY                     )
                                      )
       Debtor                         )
_____)

## DEBTOR'S CHAPTER 13 PLAN

The Debtor submits the following Chapter 13 plan for reorganization:

1. The future earnings of the Debtor are submitted to the control and supervision of the Trustee, and the Debtor shall pay to the Trustee the sum of **$4,484.18** per month for months (1) through (12) and **$4,346.68** for months (13) through (60).

2. From the payments so received, the Trustee shall make disbursements as follows:

   A.   **Priority Claims**

   1. The fees and expenses of the Trustee shall be paid over the life of the Plan at the rate of **ten percent (10%)** of the amount of all payments under the plan, to be paid monthly in the amount of **$407.65** for months (1) through (12) and **$395.15** for months (13) through (60).

   2. The Debtors shall pay attorney's fees at the rate of **$125.00** per month for months (1) through (12)

   B.   **Secured Claims**

   1. First Guaranty Bank holds a secured mortgage on the residences located at 821 Allison Street, Jacksonville, Florida 32254, 735 South McDuff Avenue, Jacksonville, Florida 32205, and 2845 Broadway Avenue, Jacksonville, Florida 32254. The amount of the debt owed is **$245,411.12**. The trustee shall pay at the rate of **$1,992.00** for months (1) through (60). There is an arrearage in the amount of **$37,966.05.** The Trustee shall pay at the rate of **$632.77** for months (1) through (60).

2. First Guaranty Bank holds a secured second mortgage on the residences locates at 821 Allison Street, Jacksonville, Florida 32254, 735 South McDuff Avenue, Jacksonville, Florida 32205, and 2845 Broadway Avenue, Jacksonville, Florida 32254. The amount of the debt owed is **$60,244.50**. The Trustee shall pay at the rate of **$520.50** for months (1) through (60). There is an arrearage in the amount of **$9,915.63**. The Trustee shall pay at the rate of **$165.26** for months (1) through (60).

C. **Unsecured Claims**

Any claim filed after the claims bar date shall receive no distribution under the plan unless specifically provided for above. Unsecured creditors, including those secured creditors who have deficiency claims or whose liens have been voided, who timely file claims, shall receive distribution pro-rata. The Trustee shall distribute the amount of **$641.00** for months (1) through (60) among those unsecured creditors whose claims are timely files and allowed.

D. **Miscellaneous Provisions:**

1. The Debtor does not reject any executor contracts or leases.

2. Title to all property of the estate shall re-vest in the Debtor upon confirmation of this plan.

3. Any claims filed after the bar date shall receive no distribution under the Plan unless specifically provided for above.

4. Any Regular payment made by the Debtor to the Trustee pre and post confirmation for eventual distribution to a secured creditor shall be deemed paid to that secured creditor as of the date the payment was received by the Trustee pre and post confirmation. In

addition, the secured creditors shall not be entitled to accrue interest on the regular monthly payment made by the Debtor to the United States Trustee in accordance with the terms of this Plan even if such regular monthly payment under the terms of the Plan deviates from the mortgage payment schedule.

5. Each secured creditor shall retain its lien interest.

DATED this 25th day of January, 2011.

Sentinel Law, P.A.

By: _____
Joshua A. Cossey, Esquire
Fla. Bar No.: 59716
4651 Salisbury Rd., 4th Floor
Jacksonville, FL 32256
Telephone: 877-663-6380
Fax: (877) 337-2518

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this plan was served on United States Trustee, 135 West Central Boulevard Suite 620 Orlando, Florida 32801, and Douglas W. Neway, Trustee, Post Office Box 4308 Jacksonville, Florida 32201, and all interested parties on the court's matrix by CMECF and U.S. mail this 25th day of January, 2011.

_____
Joshua A. Cossey, Esquire